IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM L. BEEM,

        Plaintiff,                  No. 2:09-cv-2991 GEB KJN P

   vs.

CRAIG, et al.,

        Defendants.         ORDER

_____/

      Presently pending before the court is defendants' motion to compel discovery filed November 11, 2010. (Dkt. No. 18.) Plaintiff has not responded to the motion. See Local Rule 230(l) ("Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.").

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff shall, within twenty-one (21) days after service of this order, show cause why sanctions should not be imposed on him for failure to file an opposition to defendants' motion to compel discovery filed November 11, 2010, and shall file such opposition or statement of nonopposition;

      2. Defendants may, within fourteen (14) days after service of plaintiff's

1  opposition, file a reply; and

2         3. If plaintiff has already provided the requested discovery, defendants shall so

3  inform the court within seven (7) days after the filing date of this order.

4  DATED: December 15, 2010

```
                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
```

beem2991.osc.disc