IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM L. BEEM,

      Plaintiff,                      No. 2:09-cv-2991 GEB KJN P

   vs.

CRAIG, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a former state prisoner proceeding in this civil rights action, has filed a request to voluntarily dismiss this case. Federal Rule of Civil Procedure 41 provides that the court may dismiss an action without prejudice upon the plaintiff's request. Fed. R. Civ. P. 41(a)(2). Plaintiff is informed, however, that should he again seek to pursue the claims set forth herein, he must file an entirely new action with an original complaint, subject to applicable statute of limitations; he may not file an "amended complaint" in the instant action, which will be closed pursuant to this order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for dismissal of this action (Dkt. No. 27) is granted; this action is dismissed without prejudice;

        2. Defendants' motion to dismiss (Dkt. No. 26) is denied as moot; and

3. The Clerk of Court is directed to close this case.

DATED: May 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

beem2991.dism.41a